IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LIBRUN JEAN-HENRIQUEZ,

    Petitioner,

v.                                                CASE NO. 4:05-cv-00304-MP-WCS

DEPARTMENT OF HOMELAND SECURITY,
IMMIGRATION & NATURALIZATION SERVICE,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 65, Report and Recommendation of the Magistrate Judge, recommending that Doc. 20, the Amended Petition for Writ of Habeas Corpus filed by LIBRUN JEAN-HENRIQUEZ be DISMISSED without prejudice. Objections to Report and Recommendation were due by 4/18/2006, but none were filed. The Court agrees that Petitioner's current detention is lawful under Demore v. Kim, 538 U.S. 510, 123 S.Ct. 1708, 155 L.Ed.2d 724 (2003), and Petitioner also cannot state a claim under Zadvydas v. Davis, 533 U.S. 678, 121 S.Ct. 2491, 150 L.Ed.2d 653 (2001) because the removal period has neither expired nor begun. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    This action is DISMISSED, and the clerk is directed to close the file.

**DONE AND ORDERED** this  _15th_  day of June, 2006

                *s/Maurice M. Paul*
             Maurice M. Paul, Senior District Judge